UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF SOUTH FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>Raymond Rodrigues, et al. | Case No. 1:23-cv-281<br><br>Hon. Robert L. Hinkle<br><br>Magistrate Hope T. Cannon |

## DECLARATION OF SADEEL HIJAZ

I, Sadeel Hijaz, declare and state as follows:

1. My name is Sadeel Hijaz. I am over 18 years of age.

2.     I have personal knowledge of the facts in this declaration and if called to testify could and would be competent to testify to them.

3.     I am a student enrolled at the University of South Florida.

4.     I am and have been a member of the University of South Florida chapter of Students for Justice in Palestine ("USF SJP") since my Freshman year. I am an officer of USF SJP, holding the position of President.

5.     Exhibit 1 to this declaration is a true and correct copy of USF SJP's constitution, under which USF SJP operates.

6. Exhibit 2 to this declaration is what I understand to be a true and correct copy of the University of South Florida's Student Code of Conduct.

7. USF SJP is a registered student organization of the University of South Florida campus. As a registered student organization, we benefit from University funding and resources, including the ability to reserve and host events in University buildings and access to BullsConnect, a website that student organizations use, and students access, for information about student organizations and events. If USF SJP were to be deactivated by the University, USF SJP would lose access to this funding and these resources, on which the organization relies.

8. USF SJP's only source of funding is from the University.

9. During the time that I have been a member of USF SJP, the organization has held both political events and social and cultural events including fashion shows, soccer tournaments, and poetry slams. The social and cultural events are some of our best attended events.

10. Since the beginning of the Fall 2023 semester, USF SJP has officially hosted only one on-campus event— a bake sale.

11. Since the beginning of the Fall 2023 semester, USF SJP has not organized protests or any other activities on campus.

12. In the wake of the events in Israel, Gaza, and the West Bank on October 7th, USF SJP has taken public steps to explain that its goal is to "promote peace" and that USF SJP "condemns all forms of violence." Exhibit 3.

13. USF SJP has no financial relationship with the national organization called Students for Justice in Palestine ("SJP National").

14. USF SJP is fully autonomous from National SJP.

15. USF SJP does not receive funding from National SJP.

16. USF SJP does not pay dues to National SJP.

17. USF SJP does not act under the direction of National SJP.

18. USF SJP is not affiliated with any other organization.

19. USF SJP has never provided any material support or resources to Hamas or any designated foreign terrorist organization.

20. As I understand it USF SJP was organized, and certainly USF SJP operates today, to:

    A. Raise awareness on campus of the effects of Israel's occupation of the West Bank and blockade and siege of Gaza, the apartheid system imposed by Israel, and the fundamental rights of the Palestinian people, including their right, enshrined in United Nations Resolution 194, to return to their homes and property.

B. Bring USF students together to peacefully express their views on Israel and Palestine;

C. Bring students at USF together to celebrate Palestinian culture; and

D. Provide a safe space for these activities on campus.

21. On October 24, 2023, USF SJP received an Instagram direct message from SJP National, attaching a "Day of Resistance Toolkit." USF SJP was not involved in conceiving or drafting that toolkit. USF SJP has not pasted the toolkit or any material from it on social media.

22. I have witnessed, and have been informed for years preceding my enrollment, that before this year and the events of October 7, 2023, the University had provided at least $5,000 per year to USF SJP. On October 23rd, 2023, the University announced its funding for USF SJP for this year: only $1,535.00 in funding for this academic year.

23. On October 31, 2023, USF's Dean of Students, Danielle McDonald met with me and SJP student advisor Anastasia Khawaja, and asked whether USF SJP would consider changing its name to allay concerns about the organization. We declined that request.

24. Members of USF SJP have sometimes received and reviewed materials emailed to us by SJP National. We make our own decisions about the positions that USF SJP takes. We are not scripted by SJP National. We do not

4

operate under orders, or at the direction of, SJP National. We do not interpret materials we receive from SJP National as instructions.

25.    Before October 7, 2023, USF SJP had approximately 1,200 followers on Instagram. Since October 7, 2023, the number of our followers has increased to 2,394.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my information, knowledge, and belief.

Executed on November 21, 2023

_____
SADEEL HIJAZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF SOUTH FLORIDA, | Case No. 1:23-cv-281 |
| | Hon. Robert L. Hinkle |
| Plaintiff, | Magistrate Hope T. Cannon |
| v. | |
| Raymond Rodrigues, et al. | |

## DECLARATION OF FARAH GHANEM

I, Farah Ghanem, declare and state as follows:

1. My name is Farah Ghanem. I am over 18 years of age.

2. I have personal knowledge of the facts in this declaration and if called to testify could and would be competent to testify to them.

3. I am a student enrolled at the University of South Florida.

4. I am and have been a member of the University of South Florida chapter of Students for Justice in Palestine ("USF SJP") since my Freshman year. I am an officer of USF SJP, holding the position of Vice President.

5. Exhibit 1 to this declaration is a true and correct copy of USF SJP's constitution, under which USF SJP operates.

6. Exhibit 2 to this declaration is what I understand to be a true and correct copy of the University of South Florida's Student Code of Conduct.

7. USF SJP is a registered student organization on the University of South Florida campus. As a registered student organization, we benefit from University funding and resources, including the ability to reserve and host events in University buildings and access to BullsConnect, a website that student organizations use, and students access, for information about student organizations and events. If USF SJP were to be deactivated by the University, USF SJP would lose access to this funding and these resources, on which the organization relies.

8. USF SJP's only source of funding is from the University.

9. During the time that I have been a member of USF SJP, the organization has held both political events and social and cultural events including fashion shows, soccer tournaments, and poetry slams. The social and cultural events are some of our best attended events.

10. Since the beginning of the Fall 2023 semester, USF SJP has officially hosted only one on-campus event— a bake sale.

11. Since the beginning of the Fall 2023 semester, USF SJP has not organized protests or any other activities on campus.

12. In the wake of the events in Israel, Gaza, and the West Bank on October 7th, USF SJP has taken public steps to explain that its goal is to "promote peace" and that USF SJP "condemns all forms of violence." Exhibit 3.

13. USF SJP has no financial relationship with the national organization called Students for Justice in Palestine ("SJP National").

14. USF SJP is fully autonomous from National SJP.

15. USF SJP does not receive funding from National SJP.

16. USF SJP does not pay dues to National SJP.

17. USF SJP does not act under the direction of National SJP.

18. USF SJP is not affiliated with any other organization.

19. USF SJP has never provided any material support or resources to Hamas or any designated foreign terrorist organization.

20. As I understand it USF SJP was organized, and certainly USF SJP operates today, to:

> A. Raise awareness on campus of the effects of Israel's occupation of the West Bank and blockade and siege of Gaza, the apartheid system imposed by Israel, and the fundamental rights of the Palestinian people, including their right, enshrined in United Nations Resolution 194, to return to their homes and property.

  B. Bring USF students together to peacefully express their views on Israel and Palestine;

  C. Bring students at USF together to celebrate Palestinian culture; and

  D. Provide a safe space for these activities on campus.

21. On October 24, 2023, USF SJP received an Instagram direct message from SJP National, attaching a "Day of Resistance Toolkit." USF SJP was not involved in conceiving or drafting that toolkit. USF SJP has not pasted the toolkit or any material from it on social media.

22. I have witnessed, and have been informed for years preceding my enrollment, that before this year and the events of October 7, 2023, the University had provided at least $5,000 per year to USF SJP. On October 23rd, 2023, the University announced its funding for USF SJP for this year: only $1,500 in funding for this academic year.

23. On October 31, 2023, USF's Dean of Students, Danielle McDonald met with me and SJP student advisor Anastasia Khawaja, and asked whether USF SJP would consider changing its name to allay concerns about the organization. We declined that request.

24. Members of USF SJP have sometimes received and reviewed materials emailed to us by SJP National. We make our own decisions about the positions that USF SJP takes. We are not scripted by SJP National. We do not

operate under orders, or at the direction of, SJP National. We do not interpret materials we receive from SJP National as instructions.

25. Before October 7, 2023, USF SJP had approximately 1,200 followers on Instagram. Since October 7, 2023, the number of our followers has increased to 2,394.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my information, knowledge, and belief.

Executed on November 21, 2023

*Farah Ghanem*
FARAH GHANEM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF SOUTH FLORIDA, | Case No. 1:23-cv-281 |
| | Hon. Robert L. Hinkle |
| Plaintiff, | Magistrate Hope T. Cannon |
| v. | |
| Raymond Rodrigues, et al. | |

## DECLARATION OF HADEEL IBRAHIM

I, Hadeel Ibrahim, declare and state as follows:

1. My name is Hadeel Ibrahim. I am over 18 years of age.

2. I have personal knowledge of the facts in this declaration and if called to testify could and would be competent to testify to them.

3. I am a student enrolled at the University of South Florida.

4. I am and have been a member of the University of South Florida chapter of Students for Justice in Palestine ("USF SJP") since my Sophomore year. I am an officer of USF SJP, holding the position of Event Coordinator.

5.  Exhibit 1 to this declaration is a true and correct copy of USF SJP's constitution, under which USF SJP operates.

6.  Exhibit 2 to this declaration is what I understand to be a true and correct copy of the University of South Florida's Student Code of Conduct.

7.  USF SJP is a registered student organization on the University of South Florida campus. As a registered student organization, we benefit from University funding and resources, including the ability to reserve and host events in University buildings and access to BullsConnect, a website that student organizations use, and students access, for information about student organizations and events. If USF SJP were to be deactivated by the University, USF SJP would lose access to this funding and these resources, on which the organization relies.

8.  USF SJP's only source of funding is from the University.

9.  During the time that I have been a member of USF SJP, the organization has held both political events and social and cultural events including fashion shows, soccer tournaments, and poetry slams. The social and cultural events are some of our best attended events.

10. Since the beginning of the Fall 2023 semester, USF SJP has officially hosted only one on-campus event— a bake sale.

11. Since the beginning of the Fall 2023 semester, USF SJP has not organized protests or any other activities on campus.

12. In the wake of the events in Israel, Gaza, and the West Bank on October 7th, USF SJP has taken public steps to explain that its goal is to "promote peace" and that USF SJP "condemns all forms of violence." Exhibit 3.

13. USF SJP has no financial relationship with the national organization called Students for Justice in Palestine ("SJP National").

14. USF SJP is fully autonomous from National SJP.

15. USF SJP does not receive funding from National SJP.

16. USF SJP does not pay dues to National SJP.

17. USF SJP does not act under the direction of National SJP.

18. USF SJP is not affiliated with any other organization.

19. USF SJP has never provided any material support or resources to Hamas or any designated foreign terrorist organization.

20. As I understand it USF SJP was organized, and certainly USF SJP operates today, to:

> A. Raise awareness on campus of the effects of Israel's occupation of the West Bank and blockade and siege of Gaza, the apartheid system imposed by Israel, and the fundamental rights of the Palestinian people, including their right, enshrined in United Nations Resolution 194, to return to their homes and property.

3

   B. Bring USF students together to peacefully express their views on Israel and Palestine;

   C. Bring students at USF together to celebrate Palestinian culture; and

   D. Provide a safe space for these activities on campus.

21. On October 24, 2023, USF SJP received an email from SJP National, attaching a "Day of Resistance Toolkit." USF SJP was not involved in conceiving or drafting that toolkit. USF SJP has not pasted the toolkit or any material from it on social media.

22. I have witnessed, and have been informed for years preceding my enrollment, that before this year and the events of October 7, 2023, the University had provided at least $5,000 per year to USF SJP. On October 23rd, 2023, the University announced its funding for USF SJP for this year: only $1,500 in funding for this academic year.

23. On October 31, 2023, USF's Dean of Students, Danielle McDonald met with me and SJP student advisor Anastasia Khawaja, and asked whether USF SJP would consider changing its name to allay concerns about the organization. We declined that request.

24. Members of USF SJP have sometimes received and reviewed materials emailed to us by SJP National. We make our own decisions about the positions that USF SJP takes. We are not scripted by SJP National. We do not

4

operate under orders, or at the direction of, SJP National. We do not interpret materials we receive from SJP National as instructions.

25. Before October 7, 2023, USF SJP had 1,200 followers on Instagram. Since October 7, 2023, the number of our followers has increased to 2,394.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my information, knowledge, and belief.

Executed on November 20, 2023

_____
HADEEL IBRAHIM

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF SOUTH FLORIDA, | Case No. 1:23-cv-281 |
| | Hon. Robert L. Hinkle |
| Plaintiff, | Magistrate Hope T. Cannon |
| v. | |
| Raymond Rodrigues, et al. | |

## DECLARATION OF GHAYDA KHALIL

I, Ghayda Khalil, declare and state as follows:

1. My name is Ghayda Khalil. I am over 18 years of age.

2. I have personal knowledge of the facts in this declaration and if called to testify could and would be competent to testify to them.

3. I am a student enrolled at the University of South Florida.

4. I am and have been a member of the University of South Florida chapter of Students for Justice in Palestine ("USF SJP") since my Freshman year. I am an officer of USF SJP, holding the position of Treasurer.

5. Exhibit 1 to this declaration is a true and correct copy of USF SJP's constitution, under which USF SJP operates.

6. Exhibit 2 to this declaration is what I understand to be a true and correct copy of the University of South Florida's Student Code of Conduct.

7. USF SJP is a registered student organization on the University of South Florida campus. As a registered student organization, we benefit from University funding and resources, including the ability to reserve and host events in University buildings and access to BullsConnect, a website that student organizations use, and students access, for information about student organizations and events. If USF SJP were to be deactivated by the University, USF SJP would lose access to this funding and these resources, on which the organization relies.

8. USF SJP's only source of funding is from the University.

9. During the time that I have been a member of USF SJP, the organization has held both political events and social and cultural events including fashion shows, soccer tournaments, and poetry slams. The social and cultural events are some of our best attended events.

10. Since the beginning of the Fall 2023 semester, USF SJP has officially hosted only one on-campus event— a bake sale.

11. Since the beginning of the Fall 2023 semester, USF SJP has not organized protests or any other activities on campus.

12. In the wake of the events in Israel, Gaza, and the West Bank on October 7th, USF SJP has taken public steps to explain that its goal is to "promote peace" and that USF SJP "condemns all forms of violence." Exhibit 3.

13. USF SJP has no financial relationship with the national organization called Students for Justice in Palestine ("SJP National").

14. USF SJP is fully autonomous from National SJP.

15. USF SJP does not receive funding from National SJP.

16. USF SJP does not pay dues to National SJP.

17. USF SJP does not act under the direction of National SJP.

18. USF SJP is not affiliated with any other organization.

19. USF SJP has never provided any material support or resources to Hamas or any designated foreign terrorist organization.

20. As I understand it USF SJP was organized, and certainly USF SJP operates today, to:

    A. Raise awareness on campus of the effects of Israel's occupation of the West Bank and blockade and siege of Gaza, the apartheid system imposed by Israel, and the fundamental rights of the Palestinian people, including their right, enshrined in United Nations Resolution 194, to return to their homes and property.

3

    B. Bring USF students together to peacefully express their views on Israel and Palestine;

    C. Bring students at USF together to celebrate Palestinian culture; and

    D. Provide a safe space for these activities on campus.

21. On October 24, 2023, USF SJP received an Instagram direct message from SJP National, attaching a "Day of Resistance Toolkit." USF SJP was not involved in conceiving or drafting that toolkit. USF SJP has not pasted the toolkit or any material from it on social media.

22. I have witnessed, and have been informed for years preceding my enrollment, that before this year and the events of October 7, 2023, the University had provided at least $5,000 per year to USF SJP. On October 23rd, 2023, the University announced its funding for USF SJP for this year: only $1,500 in funding for this academic year.

23. On October 31, 2023, USF's Dean of Students, Danielle McDonald met with me and SJP student advisor Anastasia Khawaja, and asked whether USF SJP would consider changing its name to allay concerns about the organization. We declined that request.

24. Members of USF SJP have sometimes received and reviewed materials emailed to us by SJP National. We make our own decisions about the positions that USF SJP takes. We are not scripted by SJP National. We do not

4

operate under orders, or at the direction of, SJP National. We do not interpret materials we receive from SJP National as instructions.

25. Before October 7, 2023, USF SJP had approximately 1,200 followers on Instagram. Since October 7, 2023, the number of our followers has increased to 2,394.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my information, knowledge, and belief.

Executed on November 21, 2023

*Ghayda Khalil*

GHAYDA KHALIL

5