UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF <u>SOUTH</u> FLORIDA,** <br><br> Plaintiff, <br><br> v. <br><br> **RONALD DESANTIS, et al.,** <br><br> Defendants. | Case No. 1:23-cv-281 <br><br> Hon. Robert L. Hinkle <br><br> Magistrate Hope T. Cannon |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Under Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff Students for Justice in Palestine, a student organization at the University of South Florida, moves for a preliminary injunction to restrain Defendants from enforcing an order ("Deactivation Order"), issued by Raymond Rodrigues (Chancellor of Florida's State University System) that threatens to deactivate their organization. And in support of this Motion, the organization ("USF SJP") state as follows:

1.  On October 24, 2023, Defendant Ray Rodrigues, Chancellor of the State University City of Florida, acting in consultation or at the direction of Defendant Governor Ronald DeSantis, issued a memorandum (the "Deactivation

Order" or "Order"), which purported to "deactivate" the chapter of Students for Justice in Palestine on the University of South Florida campus.

2.  With this Motion, the Plaintiff here—Students For Justice in Palestine at the University of South Florida ("USF SJP")—requests an injunction restraining Defendants from carrying out the Deactivation Order or otherwise deactivating them.

3.  As shown in the supporting Memorandum of Law that Plaintiff files concurrently with this Motion, the Deactivation Order violates the First Amendment, and the requisite elements for preliminary injunctive relief are all present here:

   A.   Plaintiff is likely to succeed on the merits of this challenge;

   B.   Plaintiff is suffering irreparable harm under the threat of the Order;

   C.   A preliminary injunction will neither cause Defendants irreparable harm nor compromise their legitimate interests; and,

   D.   Both equities and the public interest favor a preliminary injury.

**WHEREFORE**, for the reasons stated in Plaintiff's accompanying, supporting Memorandum of Law, a preliminary injunction should issue.

Dated: November 22, 2023

Respectfully submitted,

/s/ Roza Tawil

| | |
|---|---|
| Roza Tawil (1038507)<br>roza@erchidlaw.com<br>**ERCHID LAW FIRM**<br>203 N. Armenia Ave #101<br>Tampa, Florida 33609<br>(813) 631-722 | Lena F. Masri*<br>lfmasri@cair.com<br>Gadeir Abbas*<br>gabbas@cair.com<br>Justin Sadowsky*<br>jsadowsky@cair.com<br>Hannah Mullen*<br>hmullen@cair.com<br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS LEGAL DEFENSE FUND (CAIR LDF)**<br>453 New Jersey Ave SE<br>Washington, DC 20003<br>(202) 742-6420<br><br>Omar Saleh (91216)<br>osaleh@cair.com<br>**CAIR FLORIDA**<br>8076 N 56th St.<br>Tampa, FL 33617<br>(833) 224-7352<br><br>Joshua Karsh*<br>jkarsh@findjustice.com<br>**MEHRI & SKALET, PLLC**<br>2000 K Street NW, Suite 325<br>Washington, DC 20006<br>(773) 505-7533<br><br>*Pro hac vice applications forthcoming*<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Local Rule 7.1(F) because, excluding the parts of the document exempted by the Rule, this document contains 406 words inclusive of headings, footnotes and quotations and exclusive of the Certificate of Service and this Certification. It complies with the formatting requirements of Local Rule 5.1(C) because it is double spaced, in 14-point font, with one-inch margins on all sides, and is page numbered. Pursuant to Rule 7.1(F) this certification was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

Because no attorney has entered an appearance on Defendants' behalf, Counsel is unable to meet and confer at this time. Counsel will file an amended Rule 7.1(B) certificate once Defendants' counsel enters an appearance.

Date: November 22, 2023

/s/ Roza Tawil

Roza Tawil (1038507)
roza@erchidlaw.com
**ERCHID LAW FIRM**
203 N. Armenia Ave #101
Tampa, Florida 33609
(813) 631-7226

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2023, the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Roza M. Tawil*