IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN
PALESTINE AT THE UNIVERSITY
OF SOUTH FLORIDA,

    Plaintiff,

v.                                                 CASE NO. 1:23cv281-RH-HTC

RONALD DESANTIS et al.,

    Defendants.

_____/

## ORDER FOR REASSIGNMENT

This case is closely related to an earlier-filed case in this court styled *Students for Justice in Palestine at the University of Florida v. Raymond Rodrigues et al.*, Case No. 1:23cv275-MW-MJF. That case is assigned to Chief District Judge Mark E. Walker. In the interest of judicial economy, and in accordance with this court's standard procedure for closely related matters,

IT IS ORDERED:

The clerk must reassign this case to Chief Judge Walker.

SO ORDERED on November 24, 2023.

                                            s/Robert L. Hinkle
                                            United States District Judge