IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF SOUTH FLORIDA,**

    *Plaintiff*,

v.                                         Case No.: 1:23cv281-MW/HTC

**RONALD DESANTIS, et al.,**

    *Defendants*.

_____/

## ORDER SETTING BRIEFING SCHEDULE

Based on the agreement of the parties, this Court adopts the parties' joint proposed schedule, ECF No. 47. Defendants' responses in opposition to the motion for preliminary injunction, declarations in support thereof, and motions to dismiss are due on or before December 22, 2023. Plaintiffs' reply brief and any rebuttal declarations in support of their motion for preliminary injunction and response to Defendants' motions to dismiss are due on or before Monday, January 15, 2024. Defendants' reply briefs in support of their motions to dismiss are due on or before 5:00 p.m. (ET), on Tuesday, January 23, 2024. An in-person hearing on Plaintiffs' motion for preliminary injunction is set for **Friday, January 26, 2024, at 9:00 a.m. (ET)**.

As this Court has ruled in other cases, the parties need not move to enlarge the word limit for their response or reply—the parties may reasonably exceed the word limit if necessary. If any party intends to call live witnesses at the hearing on January 26, 2024, they must file a notice with this Court indicating the intended witnesses on or before 5:00 p.m. (ET), on Friday, December 22, 2023. The party that intends to call any live witnesses must make those witnesses available for deposition on or before Friday, January 12, 2024.

If the parties require further clarification from this Court, they need only file a motion or contact the Courtroom Deputy Clerk in the event they need to set this case for an expedited telephonic hearing.

**SO ORDERED on November 30, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
