# **EXHIBIT A**



Office of the Chancellor
325 West Gaines Street, Suite 1614
Tallahassee, FL 32399
Phone 850.245.0466
Fax 850.245.9685
www.flbog.edu

# MEMORANDUM

TO: SUS Presidents

FROM: Chancellor Ray Rodrigues

DATE: October 24, 2023

RE: Deactivation of National Students for Justice in Palestine

During a holy Jewish holiday, the recognized terrorist organization, Hamas, launched an unprovoked attack on Israel—among those killed were babies, women, and elderly. To date, approximately 1,400 Israelis[i] have been killed, including 31 American citizens.[ii] Governor DeSantis, our State University System and the Florida College System have condemned these attacks.

Hamas is responsible for this attack and claims it as "Operation Al-Aqsa Flood."[iii] In the wake of this terror, military leaders of Hamas have called for the mobilization of Palestinians in support of the Operation.[iv]

In response, and leading up to a "Day of Resistance," the National Students for Justice in Palestine (National SJP) released a "toolkit" which refers to Operation Al-Aqsa Flood as "the resistance" and unequivocally states: "Palestinian students in exile are PART of this movement, not in solidarity with this movement."[v]

It is a felony under Florida law to "knowingly provide material support . . . to a designated foreign terrorist organization. . ." § 775.33(3), Fla. Stat. (2019). Here, National SJP has affirmatively identified it is part of the Operation Al-Aqsa Flood—a terrorist led attack.

The State University System of Florida has at least two institutions with active National SJP Chapters.

These chapters exist under the headship of the National Students for Justice in Palestine, who distributed a toolkit identifying themselves as part of the Operation Al-Aqsa Flood.  **Based on the National SJP's support of terrorism, in consultation with Governor DeSantis, the student chapters must be deactivated.** These two student chapters may form another organization that complies with Florida state statutes and university policies. The two institutions should grant these two chapters a waiver for the fall deadlines, should reapplication take place.

Florida Agricultural and Mechanical University | Florida Atlantic University | Florida Gulf Coast University | Florida International University
Florida Polytechnic University | Florida State University | New College of Florida | University of Central Florida
University of Florida | University of North Florida | University of South Florida | University of West Florida

SUS Presidents
October 24, 2023
Page 2 of 2

Promoting excellent educational quality while providing a safe environment for all students is paramount.

The State University System will continue working with the Executive Office of the Governor and SUS's Board of Governors to ensure we are all using all tools at our disposal to crack down on campus demonstrations that delve beyond protected First Amendment speech into harmful support for terrorist groups. These measures could include necessary adverse employment actions and suspensions for school officials.

Please contact me if you have any questions.

---

[i] https://www.pbs.org/newshour/world/live-updates-whats-happening-on-day-15-of-the-israel-hamas-war#:~:text=More%20than%201%2C400%20people%20in,in%20the%20initial%20Hamas%20attack.

[ii] https://www.whitehouse.gov/briefing-room/speeches-remarks/2023/10/18/remarks-by-president-biden-on-the-october-7th-terrorist-attacks-and-the-resilience-of-the-state-of-israel-and-its-people-tel-aviv-israel/

[iii] https://www.timesofisrael.com/liveblog_entry/hamas-calims-to-fire-5000-rockets-at-israel-declares-operation-al-aqsa-flood/

[iv] https://www.msn.com/en-us/news/world/hamas-commander-says-attacks-are-in-defense-of-al-aqsa-claims-5000-missiles-fired/ar-AA1hPuEf

[v] https://dw-wp-production.imgix.net/2023/10/DAY-OF-RESISTANCE-TOOLKIT.pdf