UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF SOUTH FLORIDA, <br><br> *Plaintiff*, <br><br> v. <br><br> RONALD DESANTIS, et al., <br><br> *Defendants*. | Case No. <br> 1:23-cv-281-MW/HTC |

## NOTICE REGARDING RULE 7.1(B) CERTIFICATION

The undersigned, Roza M Tawil, gives Notice to this Court and all attorneys and parties of record that the undersigned certifies that she spoke with Counsel for the Governor on January 23, 2024 via email regarding the Motion to Include Statement as Part of the Record [ECF. 72] in compliance with Local Rule 7.1(B).

Counsel for the Board of Governors Defendants stated they took no position on Plaintiff's Motion.

Counsel for the University of South Florida Defendants did not respond.

Counsel for Governor DeSantis did not respond.

Because of the press of time given between our discovery of the statement and the upcoming hearing on Friday Plaintiff emailed the Defendants, and due to the emergency nature of the Motion could not wait 24 hours for a response, see Local Rule 7.1(B). Plaintiff filed the Motion yesterday followed by this Notice to comply with Local Rule 7.1(B).

Dated: January 25, 2024

Respectfully submitted,

/s/ Roza Tawil

Roza Tawil (1038507)
roza@erchidlaw.com
**ERCHID LAW FIRM**
203 N. Armenia Ave #101
Tampa, Florida 33609
(813) 631-7226

Lena F. Masri*
lfmasri@cair.com
Gadeir Abbas*
gabbas@cair.com
Justin Sadowsky*
jsadowsky@cair.com
Hannah Mullen*
hmullen@cair.com
**COUNCIL ON AMERICAN-ISLAMIC RELATIONS LEGAL DEFENSE FUND (CAIR LDF)**
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

Omar Saleh (91216)
osaleh@cair.com
**CAIR FLORIDA**
8076 N 56th St.
Tampa, FL 33617
(833) 224-7352

Joshua Karsh*
jkarsh@findjustice.com
**MEHRI & SKALET, PLLC**

2000 K Street NW, Suite 325<br>
Washington, DC 20006<br>
(773) 505-7533

*Pro hac vice applications forthcoming*

Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Local Rule 7.1(F) because, excluding the parts of the document exempted by the Rule, this document contains 280 words inclusive of headings, footnotes and quotations and exclusive of the Certificate of Service and this Certification. It complies with the formatting requirements of Local Rule 5.1(C) because it is double spaced, in 14-point font, with one-inch margins on all sides, and is page numbered. Pursuant to Rule 7.1(F) this certification was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

Date: January 25, 2024

    /s/ Roza Tawil

Roza Tawil (1038507)
roza@erchidlaw.com
**ERCHID LAW FIRM**
203 N. Armenia Ave #101
Tampa, Florida 33609
(813) 631-7226

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2024, the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Roza M. Tawil*