IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF SOUTH FLORIDA,

   *Plaintiff*,

v.                                   Case No.: 1:23cv281-MW/HTC

RONALD DESANTIS, et al.,

   *Defendants*.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

This Court has considered, without hearing, Defendants Rhea Law, in her official capacity as President of the University of South Florida, Will Weatherford, in his official capacity as Chair of the University of South Florida Board of Trustees, and, Michael Griffin, Sandra Callahan, Michael Carrere, N. Rogan Donelly, Cesar Esmeraldi, Oscar Horton, Jenifer Schneider, Lauran Monbarren, Shilen Patel, Frederick Piccolo, Melissa Seixas, all in their official capacities as members of the Board of Trustees of the University of South Florida (collectively "the USF Defendants") motion to extend their deadline to respond to Plaintiff's complaint. ECF No. 77. The motion is **GRANTED**. The USF Defendants shall respond to

Plaintiff's complaint on or before ten days after this Court rules on the pending motions in this case.

**SO ORDERED on January 29, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
