UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF **SOUTH** FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>**RAYMOND RODRIGUES,** *et al.,*<br><br>Defendants. | Case No. 1:23cv281-MW/HTC |

### USF SJP's NOTICE TO COURT

On February 1, this Court ordered Plaintiff to file an amended complaint or, alternatively, "a notice … how it intends to proceed." ECF 81. Accordingly, Plaintiff now serves notice that it does not intend to amend its Complaint or appeal the Court's decision-- but may file a new suit at a later date responding to any new steps any Defendant may take to threaten or retaliate against Plaintiff or to silence or chill Plaintiff's First Amendment rights.

Respectfully submitted this 15th day of February, 2024,

/s/ Roza Tawil

Roza Tawil (1038507)
roza@erchidlaw.com
**ERCHID LAW FIRM**
203 N. Armenia Ave #101
Tampa, Florida 33609
(813) 631-7226

Lena F. Masri*
lfmasri@cair.com
Gadeir Abbas*
gabbas@cair.com
Justin Sadowsky*
jsadowsky@cair.com
Hannah Mullen*
hmullen@cair.com
**COUNCIL ON AMERICAN-ISLAMIC RELATIONS LEGAL DEFENSE FUND (CAIR LDF)**
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

Omar Saleh (91216)
osaleh@cair.com
**CAIR FLORIDA**
8076 N 56th St.
Tampa, FL 33617
(833) 224-7352

Joshua Karsh*
jkarsh@findjustice.com
**MEHRI & SKALET, PLLC**
2000 K Street NW, Suite 325
Washington, DC 20006
(773) 505-7533

*Pro hac vice applications forthcoming*

Counsel for Plaintiff