IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF SOUTH FLORIDA,

    *Plaintiff*,

v.                                 Case No.: 1:23cv281-MW/HTC

**RONALD DESANTIS, et al.,**

    *Defendants*.

_____/

## ORDER FOR DISMISSAL

This Court has considered, without hearing, Plaintiff's notice indicating that Plaintiff does not intend to file an amended complaint or appeal this Court's Orders dismissing Plaintiff's complaint for lack of standing. ECF No. 82. Accordingly, the Clerk shall enter judgment stating, "Plaintiff's complaint is dismissed without prejudice for lack of standing." The Clerk shall close the file.

**SO ORDERED on February 16, 2024.**

                                                 s/Mark E. Walker
                                                 **Chief United States District Judge**