# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF SOUTH FLORIDA,**
  **Plaintiff,**

**v.**                  Case No. 1:23cv281-MW/HTC

**RONALD DESANTIS, et al.,**
  **Defendants.**
_____/

## JUDGMENT

Plaintiff's complaint is dismissed without prejudice for lack of standing.

               JESSICA J. LYUBLANOVITS
               CLERK OF COURT

<u>February 16, 2024</u>        s/ KELLI MALU
Date               Deputy Clerk: Kelli Malu